RECEIVED & FILED

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

'06 NOV -3 A9 :05

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

| | |
|---|---|
| IN RE: ) | |
| ) | BK-S-00-16669 |
| ) | |
| **MINOR & ROBIN ADAMS** ) | |
| ) | HEARING DATE: |
| ) | HEARING TIME: |
| ) | |
| Debtor ) | APPLICATION TO WITHDRAW |
| ) | MONEY UNDER 28 U.S.C. 2042 |

There was a dividend check in the amount of **$360.26** in the above-named case issued to **NCO Portfolio Funding c/o NCO Financial (nka NCO Group))**. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. ~~Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.~~

2. Claimant is not the creditor but is entitled to payment of these moneys because (Please list the basis for your claim to the moneys) **The creditor did not receive the check in the mail. The creditor believes this may have been due to the fact that as a very large financial services firm it constantly changes its mailing addresses (which are "drop boxes" and thus must change when accounts change), and it did not inform the Court of Trustee of the new address. NCO Group, thru its Agent JM Partners LLC, now properly claims the funds as the successor-in-interest.**

(Please see attached copies of supporting documentation)

Date: _____

John J. Marshall / Managing Member
Attorney-in-Fact for NCO Group
Please mail the check to:
JM Partners LLC
PO Box 29940
Richmond, VA 23242-0940